

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

Central District of Illinois

DANIEL HUFELD
Plaintiff

V.

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 07-1081

Defendant

I, DANIEL HUFELD, declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration __PEORIA COUNTY JAIL__
   Are you employed at the institution? __NO__  Do you receive any payment from the institution? __NO__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. JANUARY 2007 IOWA STEAK CO. PAID ON COMMISSION, ABOUT 300.00 A WEEK 3420. ROHMANN

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment    ☑ Yes    ☐ No
   b. Rent payments, interest or dividends             ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☑ No
   d. Disability or workers compensation payments      ☐ Yes    ☑ No
   e. Gifts or inheritances                            ☐ Yes    ☑ No
   f. Any other sources                                ☐ Yes    ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

Iowa Steak Co. Paid on Commission 300.00 a week. No longer employed there. Will Receive Nothing.

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☒ Yes  ☐ No

   If "Yes," describe the property and state its value.

   Own Double Wide Trailer, $10,000

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Daniel I. Hufeld
   Nathan D. Hufeld
   Sirenna R. Hufeld

I declare under penalty of perjury that the above information is true and correct.

4-4-07                               Daniel E. Hufeld
_____                          _____
Date                                 Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                                                       PAGE    3 OF    4   JM60
                          I N M A T E   A C C O U N T
 INMATEID: 00089935 NAME: HUFELD, DANIEL E                  BALANCE:        .29
 BOOKING: 071487670                                 CANTEEN BALANCE:        .00

 DEPOSIT:   AMOUNT:            CASH?    CC?   VOUCHER?   VOUCHER NO:
            NOTE:                     NOTE2:                       PRINT RECPT?
 CHECK:     AMOUNT:            NOTE:
    PAY TO:                              ADDR1:
                                         ADDR2:



     DATE       TIME    TYPE       AMOUNT   CK-RCPT      NOTES            STAT BY
  02/28/2007 01:54 PM COMMISS C    20.55- 00563285 COMM                        MMK
  02/21/2007 01:54 PM COMMISS C    30.25- 00562172 COMM                        MMK
  02/21/2007 12:05 PM DEPOSIT D    20.00+ 00562109 MARY HUFELD                 ALL
  02/18/2007 07:25 PM DEPOSIT D    20.00+ 00561873 MADELINE LIETZ             SMIK
  02/18/2007 08:55 AM COMMISS C    16.00- 00561781 COMMISSARY PURCHASE         EMB
  02/17/2007 09:18 AM DEPOSIT D    20.00+ 00561688 FR/MADELINE LEITZ           MFP
  02/15/2007 08:21 AM COMMISS C    16.00- 00561387 COMMISSARY PURCHASE         JEP
  02/14/2007 01:32 PM COMMISS C    44.75- 00561152 COMM                        MMK
 PF1-JM66 PF2-JM71 PF3-MAINTENANCE                 PF10-BWD PF11-FWD PF12-MENU
```

```
                                                     PAGE     2 OF     4  JM60
                        I N M A T E   A C C O U N T
 INMATEID: 00089935 NAME: HUFELD, DANIEL E                 BALANCE:       .29
 BOOKING:  071487670                              CANTEEN BALANCE:       .00

 DEPOSIT:  AMOUNT:          CASH?    CC?    VOUCHER?   VOUCHER NO:
           NOTE:                     NOTE2:                       PRINT RECPT?
 CHECK:    AMOUNT:          NOTE:
   PAY TO:                            ADDR1:
                                      ADDR2:



     DATE      TIME      TYPE        AMOUNT   CK-RCPT     NOTES           STAT BY
  03/17/2007 08:26 AM  COMMISS C     16.00-  00566031  COMMISSARY PURCHASE    JEP
  03/16/2007 11:43 AM  DEPOSIT D     35.00+  00565939  HUFELD, MARY           ALL
  03/14/2007 02:16 PM  COMMISS C     12.85-  00565503  COMM                   MMK
  03/10/2007 08:13 AM  COMMISS C     16.00-  00564948  COMMISSARY PURCHASE    JEP
  03/09/2007 11:52 AM  DEPOSIT D     30.00+  00564851  MARY HUFELD            ALL
  03/07/2007 02:15 PM  COMMISS C     15.80-  00564389  COMM                   MMK
  03/04/2007 09:21 AM  COMMISS C     16.00-  00564002  COMMISSARY PURCHASE    EMB
  03/02/2007 12:21 PM  DEPOSIT D     30.00+  00563749  FR/MARY HUFELD         MFP
 PF1-JM66 PF2-JM71 PF3-MAINTENANCE                 PF10-BWD PF11-FWD PF12-MENU
```

```
                                                      PAGE    1 OF    4  JM60
                     I N M A T E   A C C O U N T
 INMATEID: 00089935 NAME: HUFELD, DANIEL E                 BALANCE:        .29
 BOOKING: 071487670                                CANTEEN BALANCE:        .00

 DEPOSIT:  AMOUNT:           CASH?    CC?    VOUCHER?  VOUCHER NO:
           NOTE:                   NOTE2:                     PRINT RECPT?
 CHECK:    AMOUNT:            NOTE:
   PAY TO:                            ADDR1:
                                      ADDR2:



     DATE      TIME      TYPE     AMOUNT  CK-RCPT     NOTES          STAT BY
  03/29/2007 09:57 AM COMMISS C    0.20- 00567853 COMMISSARY PURCHASE     JEP
  03/28/2007 01:16 PM COMMISS C   21.84- 00567515 COMM                    MMK
  03/24/2007 08:25 AM COMMISS C   16.00- 00567018 COMMISSARY PURCHASE     JEP
  03/23/2007 12:07 PM DEPOSIT D   30.00+ 00566894 MARY HUFELD             MC
  03/23/2007 08:40 AM COMMISS C   16.00- 00566839 COMMISSARY PURCHASE     JEP
  03/22/2007 08:34 AM COMMISS C    0.35- 00566740 COMMISSARY PURCHASE     JEP
  03/21/2007 01:40 PM COMMISS C   45.72- 00566488 COMM                    MMK
  03/17/2007 05:49 PM DEPOSIT D   50.00+ 00566098 FR MASELKA, CHRIS       BERS
 PF1-JM66 PF2-JM71 PF3-MAINTENANCE                         PF11-FWD PF12-MENU
```

Date: 3/30/2007 Time: 07:53:42 AM

```
                        I N M A T E   A C C O U N T       PAGE    4 OF    4  JM60
 INMATEID: 00089935 NAME: HUFELD, DANIEL E                  BALANCE:        .29
 BOOKING:  071487670                              CANTEEN BALANCE:          .00

 DEPOSIT:   AMOUNT:          CASH?    CC?    VOUCHER?   VOUCHER NO:
            NOTE:                   NOTE2:                         PRINT RECPT?
 CHECK:     AMOUNT:            NOTE:
   PAY TO:                              ADDR1:
                                        ADDR2:


     DATE       TIME    TYPE       AMOUNT   CK-RCPT    NOTES                STAT BY
  02/10/2007  07:57 AM COMMISS C   23.00-  00560649  COMMISSARY PURCHASE        JEP
  02/07/2007  05:29 PM DEPOSIT  D  92.60+  00560322  INTAKE                     BARK



 PF1-JM66 PF2-JM71 PF3-MAINTENANCE              PF10-BWD          PF12-MENU
```

Date: 3/30/2007 Time: 07:53:49 AM

RECEIVED
APR - 9 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

Daniel Hufeld
Plaintiff )
)
)
vs. ) Case No. 07-1081
)
Cusack, Fleming, Gilfillan, )
and O'Day. LLC )
)
)
Defendant(s) )

## COMPLAINT

☑ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☑ Other
Against said law firm for Breach of Contract.

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Daniel Hufeld, and states as follows:

My current address is: 301. Maxwell Rd. Peoria, IL. 61604 Peoria County Jail

The defendant Cusack, is employed as Attorney with above entitle law firm at 415. Hamilton Blvd. Peoria, Il. 61602

The defendant Fleming, is employed as Attorney with above entitle law firm at 415. Hamilton Blvd. Peoria, Il. 61602

The defendant _GilFillAN_, is employed as _ATTORNEY WITH Above entitle LAW FiRM_ at _415. Hamilton Blvd. peoria, Il. 61602_

The defendant _O'DAy_, is employed as _ATTORNEY WITH Above entitle LAW FiRM_ at _415. Hamilton Blvd. peoria, Il. 61602_

(revised 9/96)

The defendant _____, is employed as _____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐   No ☑

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
   Yes ☐   No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court (if federal court, give name of district; if state court, give name of county)

_____

_____

3. Docket Number/Judge

_____

4. Basic claim made

_____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing of lawsuit_____

7. Approximate date of disposition

_____

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☑

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☐   No ☑   If your answer is no, explain why not

_____

_____

_____
C. Is the grievance process completed?   Yes ☐   No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY

## STATEMENT OF CLAIM

Place of the occurrence  415. HAMILTON Blvd. PEORIA, Il. 61602

Date of the occurrence  04-22-05

Witnesses to the occurrence  N/A

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

1. THE DEFENDANT, CUSACK, IS A ATTORNEY IN THE LAW FIRM CUSACK, FLEMING, GILFILLAN & O'DAY LLC.

2. THE DEFENDANT, FLEMING IS A ATTORNEY IN THE LAW FIRM CUSACK, FLEMING, GILFILLAN & O'DAY LLC.

3. THE DEFENDANT, GILFILLAN, IS A ATTORNEY IN THE LAW FIRM CUSACK, FLEMING, GILFILLAN & O'DAY LLC.

4. THE DEFENDANT, O'DAY IS A ATTORNEY IN THE LAW FIRM CUSACK, FLEMING, GILFILLAN & O'DAY LLC.

5. THE PLAINTIFF, DANIEL HUFELD, IS BRING CLAIM AGAINST THE DEFENDANTS, FOR BREACH OF CONTACT.

6. THAT ON 4-22-05 the PLAINTIFF DANIEL HUFELD, SIGNED A CONTACT WITH THE DEFENDANT DANIEL O'DAY, REGARDING TO THE DEFENDANTS REPRESENTING HIM IN UNITED STATES V. DANIEL HUFELD, 04-10080-001.

7. THAT ON 4-22-05 the plaintiff DANIEL HUFEID, PAID the DEFENDANT DANIEL O'DAY, A CASHIER'S Check IN the SUM OF (20,000.00) Twenty Thousand Dollars FOR SAID REPRESENTATION. (SEE EXHIBIT 1)

8. THE DEFENDANT O'DAY, was UNDER CONTRACT to REPRESENT the Plaintiff Daniel Hufeid, AND STATED IN SAID CONTRACT that the DEFENDANT, Could ONLY WITHDRAWN FROM SAID REPRESENTATION if the REASON WAS Justifiable. (SEE EXHIBIT    .

9. That the DEFENDANT DANIEL O'DAY, ATTEMPTED TO WITHDRAW FROM Plaintiff's CASE BEFORE HONORABLE Judge JOE B. MCDADE, By way OF A (motion) that the DEFENDANT DANIEL O'DAY SUBMITTED STATING His REASON FOR WANTING TO WITHDRAW WERE: THAT the Plaintiff, REFUSE TO COOPERATE WITH THE GOVERNMENT. THAT THE Plaintiff, REFUSE TO EXCEPT legal SOUND ADVICE. THAT THE plaintiff, thought HE WAS A lawyer.

10. THE HONORABLE Judge Joe. B. MCDADE, REFUSED TO Allow THE DEFENDANT DANIEL O'DAY, TO WITHDRAW FROM the Plaintiff CASE FOR those STATED REASONS.

11. THE DEFENDANT DANIEL O'DAY, then stated that he " NO longer cared How much time the plaintiff RECIEVED," that He AND the plaintiff DISAGREED CONCERNING the DEFENSE OF His case.

12. That the Plaintiff wanted to withdraw his guilty plea.

13. After the Defendant Daniel O'Day stated he didn't care what happen to Plaintiff, He was allowed to withdraw by Honor Judge Joe Billy McDade.

14. That the Defendant Daniel O'Day, failed to keep the Plaintiff, imformed regarding to the case. By postponing "several" times during his representation without Plaintiff's knowledge.

15. The Plaintiff, learned of these postponements, from the Clerk of the U.S. District Court. Never was he imformed by "telephone" or any other manner by the Defendant Daniel O'Day.

16. That the Defendant Daniel O'Day, never properly communicated with the plaintiff, in that the plaintiff was unaware of what "conspiracy" for which he was charged even meant.

17. That the Defendant Daniel O'Day, mainipulated the Plaintiff in hiring him by telling the Plaintiff that he was "very good" friend with Tate Chambers, the U.S. Asst. Atty who was prosecuting case against the plaintiff.

18. THAT the LAW FIRM OF CUSACK, FLEMING, GILFILLAN, AND O'DAY LLC, FOR WHICH the DEFENDANT DANIEL O'DAY is A PARTNER is one ENTITY.

19. THAT the DEFENDANT DANIEL O'DAY, VIOLATED tHE CONtract AGREEMENT IN tHAT HE WITHDREW FOR NO JUSTIFIABLE REASON.

20. THE PLAINTIFF, WAS TOLD BY tHE DEFENDANT Daniel O'DAY, tHAT the 20,000.00 TWENTY THOUSAND MEANT that HE WOULD REPRESENT HIM THE DURATION OF tHE CASE, WITH tHE PLAINTIFF OWNING AND ADDICTIONAL 5,000.00 FIVE THOUSAND AT tHE CONCLUSION OF tHE CASE.

21. THAT IT IS A MATTER OF COURT'S RECORD tHE REASON FOR WITH tHE DEFENDANT O'DAY, WAS ALLOWED TO WITHDRAW FROM tHE PLAINTIFF CASE.

22. THAT tHE DEFENDANT DANIEL O'DAY, BREACHED tHE CONTRACT AGREEMENT BETWEEN HIM AND tHE PLAINTIFF.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

MONETARY DAMAGE OF 20,000.00 AND PUNITIVE DAMAGE OF 20,000.00 FOR PAIN/SUFFERING AND THE VIOLATING OF THE PLAINTIFFS CONSTITUTIONAL RIGHTS.

**JURY DEMAND**        Yes ☑   No ☐

Signed this __04__ day of __APRIL__, ~~19~~ 2007.

*Daniel E. Hufeld*
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| DANIEL HUFELD | 00089935 |
| Address: | Telephone Number: |
| 1605. W. WILCOX | 309-688-9223 |

# EXHiBit I



CASHIER'S CHECK    04-22-2005    SV859032

P.O. Box 1715, Peoria, IL 61656-1715

70-8370
2711

CEFCU $20,000 dols 00 cts

PAY TO THE ORDER OF

DANIEL O'DAY ATTORNEY
AT LAW

a/c GARY D HUFELD
10101- 246   SHV-H

$ ***20,000.00

NON - NEGOTIABLE
PRESIDENT   MEMBER'S COPY
SEE REVERSE SIDE