E-FILED
Tuesday, 10 April, 2007 08:46:39 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **Daniel Hufeld**  )<br>    Plaintiff    )<br>              )<br>  **vs**         )<br>              )<br>**Cusack, Fleming, Gilfillan, & O'Day, LLC** )<br>    Defendant  ) | WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM<br><br><br>**CASE NO. 07-1081** |

**TO: THE WARDEN of** Peoria County Jail at Peoria, IL.

      **WE COMMAND** that you produce the body of **Daniel Hufeld**, Register No. **00089935**, who is in your custody at Peoria County Jail before the United States District Court on **Wednesday, May 2, 2007 at 1:30 P.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

    DATED: April 10, 2007

                                    JOHN M. WATERS, CLERK
                                    UNITED STATES DISTRICT COURT

                                    BY: _s/ T. Kelch_____
                                        Deputy Clerk