# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Daniel E. Hufeld**

vs.

Case Number:    **07-1081**

**Cusack, Fleming, Gilfillan, and O'Day, LLC; Attorney Cusack; Attorney Fleming; Attorney Gilfillan; and Attorney Daniel G. O'Day**

**DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed pursuant to 28 U.S.C.§1915A and Fed. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief may be granted.

ENTER this 2nd day of May, 2007

JOHN M. WATERS, CLERK

s/M. Leininger
BY:  DEPUTY CLERK